**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| | **:** |
| **BLAIR HOWELL** | **:** |
| | **:** |
| **Debtor** | **: Bankruptcy No. 26-13763 DJB** |

**ORDER**

**AND NOW**, this 1st day of October, 2026, upon consideration of the Motion to Extend the Automatic Stay, it is:

ORDERED that said Motion is Granted; for the reasons stated on the record; and

FURTHER ORDERED that the automatic stay under Section 362(a) shall be extended as to all creditors
^ served with the Motion
for the duration of this case, or until such time as the stay is terminated by Order.

Dated: October 1, 2026

Honorable Derek J. Baker
US Bankruptcy Judge